1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  2030 E. 4th Street
   Suite 205
3  Santa Ana, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff JOHN HO
6

7

JS-6

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JOHN HO, an individual              )   Case No.: 8:16-CV-00073-AG-JCG
                                       )
12          Plaintiff,                 )   **ORDER RE STIPULATION OF**
                                       )   **VOLUNTARY DISMISSAL WITH**
13          vs.                        )   **PREJUDICE**
                                       )
14 BRUCE GEERNAERT, an individual;     )
   and DAPHNE D. GEERNAERT, an         )   [Hon. Andrew J. Guilford presiding]
15 individual,                         )
                                       )
16          Defendants.                )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23                                     )
                                       )

24

25

26

27

28

---

**ORDER**
**8:16-CV-00073-AG-JCG**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above referenced action be and hereby is dismissed in its entirety, with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED



Dated March 17, 2016  _____
Hon. Andrew J. Guilford
Judge, United States District Court,
Central District of California